SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK



Securities and Exchange Commission, Plaintiff,

- against -

Anatoly Russ, Defendant.

8 cv 0415 (LS)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Tami S. Stark, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Amy J. Greer |
| Firm Name: | Securities and Exchange Commission |
| Address: | 701 Market Street, Suite 2000 |
| City/State/Zip: | Philadelphia, PA 19106 |
| Phone Number: | (215) 597-3100 |
| Fax Number: | (215) 597-2740 |

Amy J. Greer is a member in good standing of the Bar of the States of PENNSYLVANIA

There are no pending disciplinary proceeding against Amy J. Greer in any State or Federal court.

Dated: 1/31/08
City, State: Philadelphia, Pennsylvania

Respectfully submitted,

*[signature]*

Sponsor's Tami S. Stark (NY TSS8321)
SDNY Bar
Firm Name: U.S. Securities and Exchange Commission
Address: 701 Market Street, Suite 2000
City/State/Zip: Philadelphia, PA 19106
Phone Number: (215) 597-3100
Fax Number: (215) 597-2740

SDNY Form Web 10/2006

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Securities and Exchange Commission | Plaintiff, | |
| - against - | | 08 cv 0415 (LS)<br>AFFIDAVIT OF<br>TAMI S. STARK |
| Anatoly Russ, | Defendant. | IN SUPPORT OF MOTION<br>TO ADMIT COUNSEL<br>PRO HAC VICE |

COPY FOR YOUR INFORMATION

State of New York   )
                    )  ss:
County of New York  )

Tami S. Stark, being duly sworn hereby deposes and says as follows:

1. I am Of Counsel at the Securities and Exchange Commission, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Amy J. Greer as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the state of New York, and was admitted to practice law in January 28, 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Amy J. Greer since July 28, 2003.

4. Ms. Greer is Of Counsel at the Securities and Exchange Commission, in Philadelphia, Pennsylvania.

5. I have found Ms. Greer to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Ms. Greer, pro hac vice

7. I respectfully submit a proposed order granting the admission of Amy J. Greer, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Amy J. Greer, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: January 31, 2008
City, State: Philadelphia, PA
Notarized:

Sworn to and subscribed before me
this 31ST day of JANUARY 2008.

*Carla M. Monzon*

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CARLA M. MONZON, Notary Public
City of Philadelphia, Phila. County
My Commission Expires June 13, 2010

Respectfully submitted,

*Tami Stark*

Tami S. Stark
NY TSS8321

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA

}

COPY FOR YOUR INFORMATION

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Amy J. Greer, Bar # 55950, was duly admitted to practice in said Court on July 25, 2005, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania     <u>MICHAEL E. KUNZ</u>
                                                 Clerk of Court

on January 23, 2008.                       BY _____
                                                    Aida Ayala,     Deputy Clerk



## Supreme Court of Pennsylvania

*COPY FOR YOUR INFORMATION*

### CERTIFICATE OF GOOD STANDING

**Amy J. Greer, Esq.**

**DATE OF ADMISSION**

**November 13, 1989**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 25, 2008

Patricia A. Johnson
Chief Clerk