SCANNED

COPY FOR YOUR INFORMATION

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

U.S. DISTRICT COURT FILED FEB 0 1 2008 S.D. OF N.Y.

Securities and Exchange Commission     Plaintiff,

- against -

Anatoly Russ     Defendant.

8  cv  0415  (LS)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Tami S. Stark a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Scott A. Thompson
Firm Name:          Securities and Exchange Commission
Address:            701 Market Street, Suite 200,
City/State/Zip:     Phila., PA 19106
Phone Number:       (215) 597-3100
Fax Number:         (215) 597-2740

Scott A. Thompson is a member in good standing of the Bar of the States of Pennsylvania, Massachusetts and the District of Columbia

There are no pending disciplinary proceeding against Scott A. Thompson in any State or Federal court.

Dated: 1/31/08
City, State: Philadelphia, PA

Respectfully submitted,

*[signature]*

Sponsor's
SDNY Bar
Firm Name:
Address:
City/State/Zip:
Phone Number:
Fax Number:

UNITED STATES DISTRICT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | | |
|---|---|---|
| Securities and Exchange Commission | Plaintiff, | |
| - against - | | 08 cv 0415 (LS)<br>**AFFIDAVIT OF**<br>**TAMI S. STARK** |
| Anatoly Russ, | Defendant. | **IN SUPPORT OF MOTION**<br>**TO ADMIT COUNSEL**<br>**PRO HAC VICE** |

COPY FOR YOUR INFORMATION

State of New York    )
                     )   ss:
County of New York   )

Tami S. Stark, being duly sworn hereby deposes and says as follows:

1. I am Of Counsel at the Securities and Exchange Commission, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Scott A. Thompson as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the state of New York, and was admitted to practice law in January 28, 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Scott A. Thompson since January 3, 2008.

4. Mr. Thompson is Of Counsel at the Securities and Exchange Commission, in Philadelphia, Pennsylvania.

5. I have found Mr. Thompson to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Mr. Thompson, pro hac vice

7. I respectfully submit a proposed order granting the admission of Scott Thompson, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Scott A. Thompson, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: *January 31, 2008*
City, State: *Philadelphia, PA*
Notarized:

Sworn to and subscribed before me
this 31st day of January 2008.

*Carla M. Monzon*

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CARLA M. MONZON, Notary Public
City of Philadelphia, Phila. County
My Commission Expires June 13, 2010

Respectfully submitted,

*[signature]*
Tami S. Stark
NY TSS8321

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Scott A. Thompson, Bar # 90779, was duly admitted to practice in said Court on November 19, 2004, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
                                                        Clerk of Court

on January 23, 2008.                              BY _____
                                                      Aida Ayala,     Deputy Clerk

*COPY FOR YOUR INFORMATION*



Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Scott Alexander Thompson, Esq.*

**DATE OF ADMISSION**

*July 16, 2003*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 25, 2008

Patricia A. Johnson
Chief Clerk