SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission,    Plaintiff,

- against -

Anatoly Russ,    Defendant.

8   cv   0415   (LS)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**



COPY FOR YOUR INFORMATION

Upon the motion of Tami S. Stark,    attorney for Securities and Exchange Commission

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Amy J. Greer |
| Firm Name: | Securities and Exchange Commission |
| Address: | 701 Market Street, Suite 2000 |
| City/State/Zip: | Philadelphia, PA 19106 |
| Telephone/Fax: | (215) 597-3100 |
| Email Address: | greera@sec.gov |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-1-08

is admitted to practice pro hac vice as counsel for   Securities and Exchange Commission   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: Feb 1, 2009
City, State: Philadelphia, Pennsylvania

_____
United States District/~~Magistrate~~ ~~Judge~~