SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission

Plaintiff,

- against -

Anatoly Russ

Defendant.

8   cv   0415   (LS)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Tami S. Stark  attorney for Plaintiff
and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

Applicant's Name: Scott A. Thompson
Firm Name: Securities and Exchange Commission
Address: 701 Market Street, Suite 200,
City/State/Zip: Phila., PA 19106
Telephone/Fax: (215) 597-3100
Email Address: thompsons@sec.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-1-08

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: Feb 1, 2008
City, State: Philadelphia, PA

_____
United States District/~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $ _____  SDNY RECEIPT# _____
SDNY Form Web 10/2006