AMY J. GREER
SCOTT A. THOMPSON
TAMI S. STARK (TS-8321)
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
701 Market Street
Suite 2000
Philadelphia, PA  19106
Telephone: (215) 597-3100
Telefax: (215) 597-2740

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
                                                                  :
SECURITIES AND EXCHANGE COMMISSION, :
                                                                  :
                        Plaintiff,                            :
                                                                  :
            v.                                                 :       Civ No. 08-CV-0415 (LBS)
                                                                  :       (Electronically Filed)
ANATOLY RUSS,                                         :
                                                                  :
                        Defendant.                         :
_____:

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, with exhibits, plaintiff Securities and Exchange Commission ("Commission"), will move this Court, ex parte, before the Honorable Leonard B. Sand at the United States Courthouse, 40 Centre Street, New York, New York, at such time that the Court deems appropriate, for an Order, pursuant to Federal Rule of Civil Procedure 4(f)(3), directing alternative service of Defendant Anatoly Russ, and permitting the Commission to serve the Summons and Complaint in the above captioned action on Defendant Anatoly Russ in Russia by email, international courier service, and international registered mail.

Dated:   Philadelphia, PA
         February 4, 2008

                                    Respectfully submitted,


                                        S/
                                  _____
                                  Amy J. Greer
                                  Scott A. Thompson
                                  Tami S. Stark  (TS-8321)

                                  Attorneys for Plaintiff

                                  SECURITIES AND EXCHANGE COMMISSION
                                  Mellon Independence Center
                                  701 Market Street, Suite 2000
                                  Philadelphia, PA  19106
                                  Telephone: (215) 597-3100
                                  Facsimile: (215) 597-2740