SAND, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

  v.

ANATOLY RUSS,

    Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-5-08

Civ No. 08CV0415 (LBS)

## ORDER

This 5th day of February, 2008, upon consideration of Plaintiff Securities and Exchange Commission's Motion to Serve Defendant Anatoly Russ by Alternative Means (the "Motion"), it is HEREBY ORDERED that the Motion is GRANTED;

It is HEREBY ORDERED that Plaintiff Securities and Exchange Commission shall have 60 days to effect service upon Defendant Anatoly Russ by the means provided herein.

It is FURTHER ORDERED that Plaintiff Securities and Exchange Commission is hereby authorized, and shall effect service on Defendant Anatoly Russ by the following methods;

(1) email delivered to anatolyruss@mail.ru;

(2) international courier delivery addressed to the following two addresses:

  Anatoly Russ
  ul. Rabotnic, 15
  187453 Novaya Ladoga
  Leningradskaya Oblast
  Russia

    Anatoly Russ
    Okeansky Avenue House 101 App 134
    Vladivostok 690002
    Russia

(3) international registered mail addressed to the following two P.O. Boxes:

    Anatoly Russ
    Glavpochtampt
    Pochtoviy Yashik 357
    St. Petersburg 190000
    Russia

    Anatoly Russ
    Glavpochtampt
    Pochtoviy Yashik 353
    St. Petersburg 190000
    Russia

It is FURTHER ORDERED that a copy of this Order shall be served with the Summons and Complaint by the specified means;

It is FURTHER ORDERED that service on Defendant Anatoly Russ, accomplished by these alternative means, shall be complete so long as:

(1) the email service does not "bounce back;" or

(2) either of the two international courier packages is delivered; or

(3) either of the two international registered mail packages is delivered; AND

upon filing of an affidavit of service, reflecting acknowledgement or other evidence establishing that Russ received a copy of the Complaint and Summons.

Feb 5, 2008
Date

Hon. Leonard B. Sand