UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,            :
                                               :
               Plaintiff,                      :
                                               :
               v.                              :   Civ No. 08CV0415 (LBS)
                                               :
ANATOLY RUSS,                                  :
                                               :
             Defendant.                      :
---

## MOTION FOR LEAVE OF COURT TO
## PERMIT COUNSEL TO WITHDRAW APPEARANCE

Plaintiff, the Securities and Exchange Commission ("Commission"), hereby moves this Court for leave to permit one of its attorneys to withdraw her appearance in this action. Trial Counsel, Amy J. Greer has appeared in this action pro hac vice. Ms. Greer has resigned from the Commission effective August 1, 2008. All other counsel who has entered appearances on behalf of the Commission shall continue their representation of the Plaintiff. A proposed order is attached.

Dated: July 11, 2008                            /s/ Amy J. Greer
                                                  Amy J. Greer
                                                  Scott A. Thompson
                                                  Tami S. Stark (TS-8321)
                                                  **Securities and Exchange Commission**
                                                  Philadelphia Regional Office
                                                  Mellon Independence Center
                                                  701 Market Street, Suite 2000
                                                  Philadelphia, PA  19106
                                                  (215) 597-3100
                                                  (215) 597-2740 (Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| Plaintiff, : | |
| v. : | Civ No. 08CV0415 (LBS) |
| ANATOLY RUSS, : | |
| Defendant. : | |

**ORDER PERMITTING COUNSEL TO WITHDRAW APPEARANCE**

On the motion of plaintiff, Securities and Exchange Commission, for good cause shown, IT IS ORDERED, that the motion is granted and Amy J. Greer is permitted to withdraw her appearance in this action.

Date: _____, 2008

_____
UNITED STATES DISTRICT JUDGE