UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Civ No. 08CV0415 (LBS) |
| ANATOLY RUSS, | : |
| Defendant. | : |

_____

## CERTIFICATE OF SERVICE

I do hereby certify that on this 11th day of July 2008, I caused a true and correct copy of the foregoing Motion for Leave of Court to Permit Counsel to Withdraw Appearance to be served upon the following via email:

anatolyruss@mail.ru

/s/Amy J. Greer