UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

        v.

ANATOLY RUSS,

        Defendant.

---

Civ No. 08CV0415 (LBS)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-17-08

### ORDER PERMITTING COUNSEL TO WITHDRAW APPEARANCE

On the motion of plaintiff, Securities and Exchange Commission, for good cause shown, IT IS ORDERED, that the motion is granted and Amy J. Greer is permitted to withdraw her appearance in this action.

Date: 7/18/05, 2008

_____
UNITED STATES DISTRICT JUDGE