SCOTT A. THOMPSON
TAMI S. STARK (TS-8321)
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
701 Market Street
Suite 2000
Philadelphia, PA  19106
Telephone: (215) 597-3100
Telefax: (215) 597-2740

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Civ No. 08CV0415 (LBS) |
|  | : ECF Case |
| ANATOLY RUSS, | : |
| Defendant. | : |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, with exhibits, and upon the entire record and all prior proceedings herein, plaintiff Securities and Exchange Commission ("Commission"), will move this Court before the Honorable Leonard B. Sand at the United States Courthouse, 40 Centre Street, New York, New York, at such time that the Court deems appropriate, pursuant to Rule 55 of the Federal Rules of Civil Procedure, for: (1) a Final Judgment and Order (i) entering judgment by default against defendant, (ii) permanently enjoining defendant from violating Section 17(a) of the Securities Act of 1933, 15 U.S.C. § 77q(a), Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b), and Rule 10b-5 thereunder, 17 C.F.R. § 240.10b-5; (iii) ordering defendant to disgorge $88,465 and pay $12,407.52 in prejudgment interest; (iv) ordering defendant to pay a civil penalty in the

amount of $130,000; and (2) an Order freezing defendant's assets currently held by U.S. based broker-dealers and ordering that those assets be paid over to the Court.

          Respectfully submitted,

          <u>s/ Scott A. Thomspon</u>
          Scott A. Thompson
          Tami S. Stark (TS-8321)

          Attorneys for Plaintiff

          **SECURITIES AND EXCHANGE COMMISSION**
          Mellon Independence Center
          701 Market Street, Suite 2000
          Philadelphia, PA  19106
          Telephone: (215) 597-3100
          Facsimile: (215) 597-2740

Dated: July 17, 2008