|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Civ No. 08CV0415 (LBS) |
| ANATOLY RUSS, | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2008, I served a copy of the foregoing via email upon:

anatolyruss@mail.ru

By: *Scott A. Thompson*
Scott A. Thompson