```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-24-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————
                                                    :
SECURITIES AND EXCHANGE COMMISSION,                 :
                                                    :
                    Plaintiff,                      :
                                                    :
             v.                                     :   Civ No. 08CV0415 (LBS)
                                                    :   ECF Case
ANATOLY RUSS,                                       :   **REDACTED**
                                                    :
                    Defendant.                      :
———————————————————————

## ORDER FREEZING ASSETS AND
## DIRECTING PAYMENT TO THE COURT

Having GRANTED an Order of Final Judgment on Default and Order of Permanent

Injunction and Other Relief Against Defendant Anatoly Russ on July 24, 2008 ("Final

Judgment"), and upon consideration of the Motion by Plaintiff Securities and Exchange

Commission (the "Commission") seeking an Order freezing Defendant Anatoly Russ' assets

currently held by Penson Financial Services, Inc. and TD Ameritrade, Inc. and directing that

those assets be paid into the Registry of the Court, together with the accompanying sworn

declarations;

**NOW THEREFORE,**

**I.**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

Plaintiff Commission's motion is hereby GRANTED, and the assets of Anatoly Russ

held by Penson Financial Services, Inc. and TD Ameritrade, Inc. in the accounts listed below are

hereby frozen.

## II.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED THAT:**

Penson Financial Services, Inc., within ten business days of being served with this Order by facsimile or other reasonable means, shall transfer to the Registry of the Court the balance of account number [REDACTED]59 in the name of Anatoly Russ, all of which shall be applied toward the payment of disgorgement ordered against Defendant pursuant to the Final Judgment. Penson Financial Services, Inc. shall make the foregoing payment by cashier's check payable to the Clerk of the Court, and shall include with such payment a cover letter identifying Russ as defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to the Final Judgment of July 24, 2008. Penson Financial Services, Inc. shall simultaneously transmit photocopies of such payment and letter to the Commission's counsel, Scott Thompson, Senior Trial Counsel, Securities and Exchange Commission, Philadelphia Regional Office, 701 Market Street, Suite 2000, Philadelphia, PA 19106, who shall attempt to send notice to Defendant.

## III.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED THAT:**

TD Ameritrade, Inc., within ten business days of being served with this Order by facsimile or other reasonable means, shall transfer to the Registry of the Court the balance of account number [REDACTED]39 in the name of Anatoly Russ, all of which shall be applied toward the payment of disgorgement ordered against Defendant pursuant to the Final Judgment.

2

TD Ameritrade, Inc. shall make the foregoing payment by cashier's check payable to the Clerk of the Court, and shall include with such payment a cover letter identifying Russ as defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to the Final Judgment of ____, 2008.  TD Ameritrade, Inc. shall simultaneously transmit photocopies of such payment and letter to the Commission's counsel, Scott Thompson, Senior Trial Counsel, Securities and Exchange Commission, Philadelphia Regional Office, 701 Market Street, Suite 2000, Philadelphia, PA 19106, who shall attempt to send notice to Defendant.

DATE

Leonard B. Sand
United States District Judge

3