SCOTT A. THOMPSON
TAMI S. STARK (TS-8321)
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
701 Market Street
Suite 2000
Philadelphia, PA  19106
Telephone: (215) 597-3100
Telefax: (215) 597-2740

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| Plaintiff, | : | |
| v. | : | Civ No. 08CV0415 (LBS) |
|  | : | ECF Case |
| ANATOLY RUSS, | : | |
| Defendant. | : | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, with exhibits, and upon the entire record and all prior proceedings herein, plaintiff Securities and Exchange Commission ("Commission"), will move this Court before the Honorable Leonard B. Sand at the United States Courthouse, 40 Centre Street, New York, New York, at such time that the Court deems appropriate, for an Order directing the Clerk to distribute the funds paid into the Court in partial satisfaction of the Final Judgment against Defendant Anatoly Russ to three victims of Defendant's fraud.

        Respectfully submitted,

        s/ Scott A. Thompson
        Scott A. Thompson
        Tami S. Stark (TS-8321)

        Attorneys for Plaintiff

        **SECURITIES AND EXCHANGE COMMISSION**
        Mellon Independence Center
        701 Market Street, Suite 2000
        Philadelphia, PA  19106
        Telephone: (215) 597-3100
        Facsimile: (215) 597-2740

Dated: August 25, 2008