|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ANATOLY RUSS, : <br> : <br> Defendant. : | Civ No. 08CV0415 (LBS) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2008, I served a copy of the foregoing via email upon:

anatolyruss@mail.ru

By: _____
Scott A. Thompson